UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICKY McCLOUD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-0121** |
| **DETECTIVE WANDA JARUS, D.A. JOEY OUBREY, JUDGE MARTIN E. COADY, DENNY LYNCH, ST. TAMMANY PARISH, JACK STRAIN, JR.** | **SECTION "J"(4)** |

**O R D E R**

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Ricky McCloud's 42 U.S.C. § 1983 claims against the defendants, Detective Wanda Jarus, District Attorney Joey Oubrey, Judge Martin E. Coady, Penny Lynch, St. Tammany Parish, and Sheriff Jack Strain, Jr., are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b), and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _6th_ day of __January __, 2010.

_____
UNITED STATES DISTRICT JUDGE